No. 02–7956. WANG *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 02–8279. DOPP *v.* HARKINS, SHERIFF, OTTAWA COUNTY, OKLAHOMA, ET AL. Ct. Civ. App. Okla. Certiorari denied.

No. 02–8284. MCLEOD *v.* SESSIONS, WARDEN. Super. Ct. Washington County, Ga. Certiorari denied.

No. 02–8285. CORREOSO BONARD *v.* FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 02–8288. TEAGUE *v.* WOLFE ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–8289. ABDULLAH *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–8290. DARBY *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–8293. DEVAUGHN *v.* DOVE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 02–8295. DUDLEY *v.* JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–8297. HOOKS *v.* CICCOLINI ET AL. Ct. App. Ohio, Summit County. Certiorari denied.

No. 02–8300. GLADNEY *v.* PENDLETON CORRECTIONAL FACILITY ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–8307. SCOTT *v.* ADULT PROTECTIVE SERVICES ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–8309. ARNOLD *v.* HALL, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–8312. FRANCIS *v.* BROWN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–8313. TERRY *v.* COMPTON ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.